|   | Information to identify the case: | | |
|---|---|---|---|
| Debtor | **Bob Belloni Ranch, Inc.** <br> Name | EIN: 93–0594506 | |
| United States Bankruptcy Court | District of Oregon | Date case filed for chapter: | 7   9/15/23 |
| Case number: | 23–61677–tmr7 | | |

## Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Bob Belloni Ranch, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | dba BBR Counseling Services, dba BBRCS | |
| 3. | **Address** | 490 Commercial Avenue <br> Coos Bay, OR 97420 | |
| 4. | **Debtor's attorney** <br> Name and address | TED A TROUTMAN <br> 5075 SW Griffith Dr. <br> STE 220 <br> Beaverton, OR 97005 | Contact phone (503) 292–6788 |
| 5. | **Bankruptcy trustee** <br> Name and address | Vanesa Pancic <br> Chapter 7 Trustee <br> POB 280 <br> Wilsonville, OR 97070 | Contact phone 503–729–8676 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 405 E 8th Ave #2600 <br> Eugene, OR 97401 | Office Hours 9:00 a.m. – 4:30 p.m. <br><br> Contact phone 541–431–4000 <br><br> Date: 9/15/23 |
| 7. | **Meeting of creditors** <br><br> The debtor's representative, as specified in Bankruptcy Rule 9001(5), must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 16, 2023 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Photo ID is required. Debtors must also provide proof of reported social security numbers (for example, social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin.report). | Location: <br><br> **Telephone 341 meeting. Dial 877–783–9040, and enter passcode 6734492.** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

Debtor **Bob Belloni Ranch, Inc.** Case number **23–61677–tmr7**

| 10. | Notice of Proposed Dismissal of Case | This case may be dismissed without further prior notice if the debtor fails to complete the meeting of creditors set above, timely file any documents, or make fee payments as ordered by the Court, unless within 21 days of the date in line 6 a party in interest files a written objection to dismissal, setting forth specific grounds, and sends copies to the debtor's attorney and trustee.<br><br>**Important:** Unless you receive an Order of Dismissal from this Court, this case is active and the automatic stay is in effect. |
|---|---|---|
| 11. | Trustee Appointment | The trustee named above is hereby appointed as interim trustee in this case. The trustee's bond shall be the blanket bond previously approved and filed with the U.S. Bankruptcy Court Clerk. UNITED STATES TRUSTEE |
| 12. | Court Information and Legal Advice | Court information is available at https://www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your own attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice. |

Official Form C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**